United States District Court
Southern District of Texas
**ENTERED**
September 17, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHAWN LEE WILLIAMS, § | |
| TDCJ #779559, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-20-0853 |
| § | |
| SERGEANT GREGORY CARTER, § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 17th day of September, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE